AO450 (NVD Rev. 2/18)  Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

WELLS FARGO BANK, N.A., AS TRUSTEE
FOR OPTION ONE MORTGAGE LOAN
TRUST 2007-5 ASSET-BACKED
CERTIFICATES, SERIES 2007-5.
                Plaintiff,
   v.

FIDELITY NATIONAL INSURANCE
COMPANY,

                Defendant.

JUDGMENT IN A CIVIL CASE

Case Number:  3:19-cv-00241-MMD-WGC

☐ **Jury Verdict.**  This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.**  This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that Fidelity's motion to dismiss (ECF No. 5) is granted.

IT IS FURTHER ORDERED AND ADJUDGED that judgment is hereby entered and this case is closed.

| | |
|---|---|
| October 29, 2019 | DEBRA K. KEMPI |
| Date | Clerk |



                                                /s/ L. Haywood
                                                Deputy Clerk