WRIGHT, FINLAY & ZAK, LLP
Darren T. Brenner, Esq.
Nevada Bar No. 8386
Lindsay D. Dragon, Esq.
Nevada Bar No. 13474
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 475-7964; Fax: (702) 946-1345
ldragon@wrightlegal.net
*Attorneys for Plaintiff, Wells Fargo Bank, N.A., As Trustee For Option One Mortgage Loan Trust 2007-5 Asset-Backed Certificates, Series 2007-5*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| WELLS FARGO BANK, N.A., AS TRUSTEE FOR OPTION ONE MORTGAGE LOAN TRUST 2007-5 ASSET-BACKED CERTIFICATES, SERIES 2007-5,<br><br>Plaintiff,<br>vs.<br><br>FIDELITY NATIONAL TITLE INSURANCE COMPANY,<br><br>Defendant. | Case No.: 3:19-CV-00241-MMD-WGC<br><br>**STIPULATION AND ORDER TO EXTEND TIME PERIOD TO RESPOND TO MOTION TO DISMISS [ECF No. 26]**<br><br>**[First Request]** |

Plaintiff, Wells Fargo Bank, N.A., as Trustee for Option One Mortgage Loan Trust 2007-5 Asset-Backed Certificates, Series 2007-5 ("Wells Fargo") and Defendant Fidelity National Title Insurance Company ("Fidelity"), by and through their counsel of record, hereby stipulate and agree as follows:

1. On December 17, 2021, Wells Fargo filed its First Amended Complaint [ECF No. 25];
2. On December 23, 2021, Fidelity filed a Motion to Dismiss [ECF No. 26];
3. Wells Fargo's deadline to respond to Fidelity's Motion to Dismiss is currently January 6, 2022;
4. Wells Fargo's counsel is requesting a brief extension until Thursday, January 20, 2022, to file its response to the pending Motion;

5. This extension is requested to allow counsel for Wells Fargo additional time to review and respond to the points and authorities cited to in the pending Motion due to an unforeseen illness;

6. Counsel for Fidelity does not oppose the requested extension;

7. This is the first request for an extension which is made in good faith and not for purposes of delay.

**IT IS SO STIPULATED.**

DATED this 6th day of January, 2022.   DATED this 6th day of January, 2022.

WRIGHT, FINLAY & ZAK, LLP   EARLY SULLIVAN WRIGHT GIZER & McRAE LLP

*/s/ Lindsay D. Dragon*   */s/ Scott E. Gizer*
Lindsay D. Dragon, Esq.   Scott E. Gizer, Esq.
Nevada Bar No. 13474   Nevada Bar No. 12216
7785 W. Sahara Ave., Suite 200   Sophia S. Lau, Esq.
Las Vegas, NV 89117   Nevada Bar No. 13365
*Attorneys for Plaintiff, Wells Fargo Bank, N.A., As Trustee For Option One Mortgage Loan Trust 2007-5 Asset-Backed Certificates, Series 2007-5*   8716 Spanish Ridge Avenue, Suite 105
Las Vegas, Nevada 89148
*Attorney for Defendant, Fidelity National Title Insurance Company*

**IT IS SO ORDERED.**

Dated this 7th day of January, 2022.

_____
UNITED STATES DISTRICT JUDGE