WRIGHT, FINLAY & ZAK, LLP
Darren T. Brenner, Esq.
Nevada Bar No. 8386
Lindsay D. Dragon, Esq.
Nevada Bar No. 13474
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 637-2345; Fax: (702) 946-1345
dbrenner@wrightlegal.net
ldragon@wrightlegal.net

*Attorneys for Plaintiff, Wells Fargo Bank, N.A., As Trustee for Option One Mortgage Loan Trust 2007-5 Asset-Backed Certificates, Series 2007-5*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| WELLS FARGO BANK, N.A., AS TRUSTEE FOR OPTION ONE MORTGAGE LOAN TRUST 2007-5 ASSET-BACKED CERTIFICATES, SERIES 2007-5,<br><br>Plaintiff,<br><br>vs.<br><br>FIDELITY NATIONAL TITLE INSURANCE COMPANY,<br><br>Defendant. | Case No.:  3:19-cv-00241-MMD-CSD<br><br>**ORDER GRANTING STIPULATION AND ORDER TO STAY DISCOVERY PENDING MOTION TO DISMISS [ECF No. 26]** |

Plaintiff, Wells Fargo Bank, N.A., As Trustee for Option One Mortgage Loan Trust 2007-5 Asset-Backed Certificates, Series 2007-5 ("Wells Fargo") and Defendant, Fidelity National Title Insurance Company ("Fidelity" and with Wells Fargo, the "Parties"), by and through their counsel of record, hereby stipulate and agree as follows:

**WHEREAS**, on December 17, 2021, Wells Fargo filed its First Amended Complaint in the instant action [ECF No. 25];

**WHEREAS**, on December 23, 2021, Fidelity filed its Motion to Dismiss Wells Fargo's First Amended Complaint [ECF No. 26];

**WHEREAS**, the Motion to Dismiss has been fully briefed and is pending the Court's decision [ECF Nos. 29, 31];

**NOW THEREFORE**, the Parties, by and through their undersigned counsel, hereby stipulate and agree as follows:

1. In the interests of judicial economy, the Parties stipulate and agree that discovery in this case shall be **STAYED** pending the Court's decision on Fidelity's Motion to Dismiss Wells Fargo's Amended Complaint [ECF No. 26];
2. The Scheduling Order [ECF No. 38] is hereby **VACATED**;
3. Nothing contained in this stipulation will affect any pending dispositive motions or prevent the Parties from filing any dispositive motions.
4. Each of the Parties may request a further Fed R. Civ. P. 26(f) conference at any time 180 days after the order granting this Stipulation.
5. By entering into this Stipulation, none of the Parties is waiving its right to subsequently move the Court for an order lifting the stay in this action.
6. In the event the Motion to Dismiss is denied, the Parties will submit a proposed discovery plan within thirty (30) days of the Court's Order.

**IT IS SO STIPULATED.**

| | |
|---|---|
| DATED this 13th day of April, 2022. | DATED this 13th day of April, 2022. |
| WRIGHT, FINLAY & ZAK, LLP | EARLY SULLIVAN WRIGHT GIZER & McRAE LLP |
| */s/ Lindsay D. Dragon*<br>Lindsay D. Dragon, Esq.<br>Nevada Bar No. 13474<br>7785 W. Sahara Ave., Suite 200<br>Las Vegas, NV 89117<br>*Attorneys for Plaintiff, Wells Fargo Bank, N.A., As Trustee for Option One Mortgage Loan Trust 2007-5 Asset-Backed Certificates, Series 2007-5* | */s/ Sophia S. Lau*<br>Sophia S. Lau, Esq.<br>Nevada Bar No. 13365<br>8716 Spanish Ridge Avenue, Suite 105<br>Las Vegas, Nevada 89148<br>*Attorney for Defendant, Fidelity National Title Insurance Company* |

**IT IS SO ORDERED.**

Dated this __22__ day of April, 2022.

_____
UNITED STATES MAGISTRATE JUDGE