# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| WELLS FARGO BANK, N.A., as trustee for Option One Mortgage Loan Trust 2007-5 Asset-Backed Certificates, Series 2007-5,<br><br>                     Plaintiff,<br><br>     v.<br><br>FIDELITY NATIONAL TITLE INSURANCE COMPANY,<br><br>                     Defendant. | 3:19-cv-00241-MMD-CSD<br><br>**ORDER** |

Pursuant to the court's telephonic status conference scheduled on **Monday, October 31, 2022, at 9:00 a.m.** (ECF No. 51), the parties shall meet and confer and file a proposed Discovery Plan and Scheduling Order on or before close of business on **Thursday, October 27, 2022**.

**IT IS SO ORDERED.**

DATED: October 11, 2022.

_____
UNITED STATES MAGISTRATE JUDGE

1