WRIGHT, FINLAY & ZAK, LLP
Darren T. Brenner, Esq.
Nevada Bar No. 8386
Lindsay D. Dragon, Esq.
Nevada Bar No. 13474
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 475-7964; Fax: (702) 946-1345
dbrenner@wrightlegal.net
ldragon@wrightlegal.net
*Attorneys for Plaintiff, Wells Fargo Bank, N.A., As Trustee for Option One Mortgage Loan Trust 2007-5 Asset-Backed Certificates, Series 2007-5*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| WELLS FARGO BANK, N.A., AS TRUSTEE FOR OPTION ONE MORTGAGE LOAN TRUST 2007-5 ASSET-BACKED CERTIFICATES, SERIES 2007-5,<br><br>Plaintiff,<br><br>vs.<br><br>FIDELITY NATIONAL TITLE INSURANCE COMPANY,<br><br>Defendant. | Case No.:  3:19-cv-00241-MMD-CSD<br><br>**STIPULATION AND ORDER TO DISMISS CASE WITH PREJUDICE** |

PLEASE TAKE NOTICE that Plaintiff, Wells Fargo Bank, N.A., As Trustee for Option One Mortgage Loan Trust 2007-5 Asset-Backed Certificates, Series 2007-5 and Defendant, Fidelity National Title Insurance Company (collectively referred to as the "Parties"), by and through their counsel of record, hereby  stipulate and agree as follows:

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

IT IS HEREBY STIPULATED AND AGREED that the Complaint is dismissed WITH PREJUDICE, with each party to bear its own fees and costs.

DATED this 28th day of November, 2023.

WRIGHT, FINLAY & ZAK, LLP

/s/ Lindsay D. Dragon
Lindsay D. Dragon, Esq.
Nevada Bar No. 13474
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
*Attorney for Plaintiff, Wells Fargo Bank, N.A., As Trustee for Option One Mortgage Loan Trust 2007-5 Asset-Backed Certificates, Series 2007-5*

DATED this 28th day of November, 2023.

EARLY SULLIVAN WRIGHT
GIZER & McRAE LLP

/s/ Sophia S. Lau
Sophia S. Lau, Esq.
Nevada Bar No. 13365
8716 Spanish Ridge Avenue, Suite 105
Las Vegas, Nevada 89148
*Attorneys for Defendant, Fidelity National Title Insurance Company*

IT IS SO ORDERED.

DATED: November 29, 2023